**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6087**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

RAFAEL JAIMES-JAIMES,

                Defendant - Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
Chief District Judge.  (1:01-cr-00245-1)

Submitted:  March 12, 2009          Decided:  March 18, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rafael Jaimes-Jaimes, Appellant Pro Se.  Anna Mills Wagoner,
United States Attorney, Greensboro, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafael Jaimes-Jaimes appeals a district court order denying his motion to dismiss the indictment. We have reviewed the record and the district court order and find no reversible error. We affirm for the reasons cited by the district court. United States v. Jaimes-Jaimes, No. 1:01-cr-00245-1 (M.D.N.C. Dec. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2